# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2511
LT Case No. 2017-CF-002770-A

_____

ROMAN T. DUSK,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Seminole County.
Jessica Recksiedler, Judge.

Roman T. Dusk, Daytona Beach, pro se.

No Appearance for Appellee.


May 12, 2026


PER CURIAM.

    AFFIRMED.


MAKAR, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____